# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMBER JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>DOVENMUEHLE MORTGAGE, INC.,<br><br>    Defendant. | Case No. 22-CV-1280-JPS<br><br>ORDER |

On July 5, 2023, Plaintiff and Defendant signed and filed a stipulation of dismissal of the action with prejudice and without costs. ECF No. 22. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 22, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs as to all parties.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge